# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZHAR ISKANDER, <br><br> Plaintiff, <br> vs. <br> ERIC H. HOLDER, United States Attorney General, et al., <br><br> Defendants. | CASE NO. 09cv1316-WQH-CAB <br><br> **ORDER** |

HAYES, Judge:

On June 17, 2009, Plaintiff initiated this action by filing a Petition for Writ of Mandamus ("Petition"). (Doc. # 1). On June 25, 2009, the Clerk of the Court issued the summons. (Doc. # 2). No proof of service of the Petition and summons has been filed in this action. Federal Rule of Civil Procedure 4 requires that a summons and complaint be served "within 120 days after the filing of the complaint." Fed. R. Civ. P. 4(m). If a plaintiff fails to serve the summons and complaint within 120 days, the court may dismiss the action without prejudice after notice to the plaintiff. *See id*.

On October 27, 2009, the Court issued an Order to Show Cause, which stated:

> This Order constitutes notice to Plaintiff that the Court will dismiss this action without prejudice on **November 30, 2009**, unless, no later than that date, Plaintiff files either: (1) proof that service of the summons and Petition was timely effectuated, or (2) a declaration under penalty of perjury showing good cause for failure to timely serve the Defendants, accompanied by a motion for leave to serve process outside of the 120 day period.

(Doc. # 3). The docket reflects no case activity since the issuance of the Order to Show Cause.

IT IS HEREBY ORDERED that, pursuant to Rule 4(m), this action is **DISMISSED WITHOUT PREJUDICE**.

DATED: December 17, 2009

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge